No. 87–6620.  HERNANDEZ-BELTRAN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 87–6641.  DALE ET UX. *v.* JANKLOW, GOVERNOR OF SOUTH DAKOTA, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 87–6666.  LAURENCO *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 4th Cir.  Certiorari denied.

No. 87–6780.  LOWENFIELD *v.* BUTLER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 87–1187.  HASTINGS, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA *v.* JUDICIAL CONFERENCE OF THE UNITED STATES ET AL.  C. A. D. C. Cir. Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 87–1221.  MISSISSIPPI *v.* PARKER.  Sup. Ct. Miss.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–1234.  DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* ELLEDGE.  C. A. 11th Cir.  Motion of William Duane Elledge to direct the Clerk to file a cross-petition for writ of certiorari out of time denied.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 87–1401.  CARGILL, INC. *v.* CHARTER INTERNATIONAL OIL Co.  C. A. 11th Cir.  Motion of petitioner for leave to submit Rule 28.1 material under seal granted.  Certiorari denied.  JUSTICE BLACKMUN took no part in the consideration or decision of this motion and this petition.

No. 87–1484.  INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, DISTRICT LODGE 751 *v.* BOEING CO. ET AL.  C. A. 9th Cir.  Certiorari denied.  JUSTICE KENNEDY took no part in the consideration or decision of this petition.